BEFORE THE SECOND DIVISION, MAY 2, 1963

No. 67671.—George Joannau Cycle Co. and John L. Westland & Son, Inc. *v.* United States, protests 59/14618 and 58/25751 (San Francisco).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

No. 67672.—Schick X-Ray Co., Inc. *v.* United States, protest 59/4399 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of injectors and parts, in chief value of metal, similar in all material respects to those the subject of *Schick X-Ray Co., Inc.* v. *United States* (49 Cust. Ct. 38, C.D. 2358), the claim of the plaintiff was sustained.